NO. 07-01-0293-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 6, 2002

_____

AMILEE WENDT, APPELLANT

V.

THE LAMAR COUNCIL OF CO-OWNERS,
TRULY NOLEN OF AMERICA, INC., INDIVIDUALLY AND D/B/A
TRULY NOLEN EXTERMINATING, INC. AND ALICE LOSSEN, APPELLEES

_____

FROM THE 269TH DISTRICT COURT OF HARRIS COUNTY;

NO. 96-59117; HONORABLE JOHN WOOLDRIDGE, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Amilee Wendt perfected this appeal from a take nothing judgment on her negligence claims against appellees. Both the clerk's record and reporter's record have been filed. Appellant's brief was due to be filed no later than December 6, 2001, but has yet to be filed. By letter dated February 8, 2002, this Court notified counsel of the defect

and also directed counsel to show good cause for continuing this appeal within ten days. Counsel did not respond and the brief remains outstanding.

Accordingly, we dismiss the appeal for want of prosecution and failure to comply with an order of this Court. *See* Tex. R. App. P. 38.8(a)(1) and 42.3(b) and (c).

Don H. Reavis
Justice

Do not publish.